

FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0435

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0435

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAY PAGELER,

      Defendant and Appellant.

FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Jay Pageler has filed a Petition for an Out-of-Time Appeal from his April 2021 judgment and sentence.

On April 13, 2021, the Eighteenth Judicial District Court, Gallatin County, sentenced Pageler to the Department of Corrections for a fifteen-year, suspended term, for felony robbery. Pageler also received a concurrent, suspended term of twelve months in jail for misdemeanor fleeing or eluding a peace officer. The District Court awarded Pageler 223 days of credit for time served, and the court designated him a violent offender. Pageler is not incarcerated, and is serving his probationary term in Idaho.

Pageler states only that he has obtained two new mental health evaluations, diagnosing him with autism and severe post-traumatic stress disorder (PTSD), but offers no connection of this to, or other explanation for, the failure to file a notice of appeal.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" "Extraordinary circumstances do not include mere mistake, inadvertence, or excusable neglect." M. R. App. P. 4(6).

We conclude Pageler has not demonstrated extraordinary circumstances, amounting to a gross miscarriage of justice, that would entitle him to an out-of-time appeal under the Rules of Appellate Procedure. Accordingly,

IT IS ORDERED that Pageler's Petition for an Out-of-Time Appeal is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to Bjorn E. Boyer, Gallatin County Deputy Attorney; to Austin Knudsen, Attorney General, along with a copy of Pageler's Petition; and to Jay Pageler personally.

DATED this 23rd day of August, 2022.

_____

_____

_____

_____

_____
Justices